**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1147**

_____

ROSEMARY L. JIMENEZ,

        Plaintiff - Appellant,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security; NEIL A.G.
MCPHIE, United States Merit System Protection Board; LINDA M.
SPRINGER, United States Office of Personnel Management,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (1:06-
cv-01446-JFM)

_____

Submitted:  September 11, 2008     Decided:  October 3, 2008

_____

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Rosemary L. Jimenez, Appellant Pro Se.  James A. Frederick, GOODELL
DEVRIES LEECH & DANN, LLP, Baltimore, Maryland; Alex Samuel Gordon,
OFFICE OF THE UNITED STATES ATTORNEY, Allen F. Loucks, Jennifer
Wright Schick, Assistant United States Attorneys, Baltimore,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosemary L. Jimenez appeals the district court's order granting the Defendants' motion to dismiss.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Jimenez v. Astrue</u>, No. 1:06-cv-01446-JFM (D. Md. Dec. 20, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>